Opinion filed April 12, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed April 12, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00272-CV 

                                                    __________

 

                                       MICHAEL SCOTT, Appellant

                                                             V.

                             NONA
CARTER, DISTRICT CLERK AND 

      JONES COUNTY, TEXAS,
Appellees

 



 

                                             On
Appeal from the 259th District Court

                                                             Jones
 County, Texas

                                                      Trial
Court Cause No. 20803

 



 

                                              M
E M O R A N D U M   O P I N I O N

The
trial court signed its order dismissing Michael Scott=s claims on February 24, 2006.  Scott perfected an appeal, and the clerk=s record was filed in this court on October
16, 2006.  Scott has received two
extensions of time to file his brief, and the current due date for Scott=s brief was April 6, 2007.  As of this date, a brief has not been filed
in this court.

The
appeal is dismissed for want of prosecution. 
Tex. R. App. P.
38.8(a), 42.3.

 

April 12, 2007                                                              PER
CURIAM

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.